**FILED**

APR 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

HENRY Y. CHIU  222927
TUCKER CHIU HEBESHA SEYMOUR PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for Plaintiffs

MARK L. CREEDE  128418
LANG, RICHERT & PATCH
5200 North Palm Avenue, Fourth Floor
Fresno, California 93704

Telephone:  (559) 228-6700
Facsimile:   (559) 228-6727

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND, <br><br>Plaintiffs, <br><br>v. <br><br>POWER DESIGN ELECTRIC, INC.; JOHN ALBERT GLOVER; ROBERT COREY GLOVER; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50, <br><br>Defendants. | Case No.  1:14-CV-01941-SMS <br><br>**STIPULATION AND ORDER TO JOIN ADDITIONAL PLAINTIFFS** |

Plaintiffs IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund and IBEW District No. 9 Pension Plan Trust Fund (collectively, the "Trust Funds"), and defendants Power Design Electric, Inc., John Albert Glover, Robert Corey Glover (collectively, the "Power Design Defendants") and American Contractors Indemnity Company



TUCKER CHIU
HEBESHA SEYMOUR
642 POLLASKY AVE. STE. 230
CLOVIS, CA 93612

1

STIPULATION AND ORDER TO JOIN ADDITIONAL PLAINTIFFS

Ex A 2016-04-01.doc

("ACIC") hereby stipulate, and request an order, as to the following:

## STIPULATION

1. The Trust Funds commenced the present action against the Power Design Defendants and ACIC to, among other things, recover certain delinquent fringe benefit contributions owed for the months of June 2013 through November 2013, and October 2014, and the liquidated damages, interest, costs and attorneys' fees associated therewith.

2. The Power Design Defendants likewise owe certain fringe benefit contributions to the National Electric Benefit Funds ("NEBF") for the months of May 2013 through November 2013, and the liquidated damages, interest, costs and attorneys' fees associated therewith. Absent a settlement of those claims, the NEBF intends to bring an action in the present Court against the Power Design Defendants and ACIC to recover said contributions and other charges.

3. The Power Design Defendants likewise owe certain fringe benefit contributions to the Family Medical Care Plan ("FMCP") for the months of August 2012 through November 2013, July 2014 through November 2014, and the liquidated damages, interest, costs and attorneys' fees associated therewith. Absent a settlement of those claims, the FMCP likewise intends to bring an action in the present Court against the Power Design Defendants and ACIC to recover said contributions and other charges.

4. The claims asserted by the Trust Funds, NEBF and FMCP against the Power Design Defendants and ACIC arise from the same Collective Bargaining Agreement, and federal law. Therefore, in an effort to minimize the duplication of effort and litigation with respect to the NEBF and FMCP claims, and to conserve judicial resources, the Trust Funds, NEBF, FMCP, Power Design Defendants and ACIC have agreed to a stipulation joining the NEBF and FMCP as additional plaintiffs in this Action.

5. The Trust Funds, NEBF, FMCP, Power Design Defendants and ACIC have also entered into a written "Settlement Agreement Between IBEW Local 100 Trust Funds et al. and Power Design Electric, Inc. et al." ("Agreement") that resolves all of the claims asserted by the Trust Funds, NEBF and FMCP against the Power Design Defendants and ACIC, which contemplates, among other things, the joinder of the NEBF and FMCP herein.

TUCKER CHIU
HEBESHA SEYMOUR
642 Pollasky Ave. Ste. 210
Clovis, CA 93612

2
STIPULATION AND ORDER TO JOIN ADDITIONAL PLAINTIFFS

Exh A 2016-04-01.doc

6.     The Parties therefore respectfully request that, in furtherance of this settlement, the Court issue the following order joining the NEBF and FMCP as additional Plaintiffs in this Action.

Respectfully submitted,

Dated: April ⎵11⎵, 2016.     TUCKER CHIU HEBESHA SEYMOUR, PC

By _____
HENRY Y. CHIU
Attorney for Plaintiffs

Dated: April ⎵7⎵, 2016.     LANG, RICHERT & PATCH

By _____
MARK L. CREEDE
Attorney for Defendants

## ORDER

The Parties have stipulated to the joinder of the National Electric Benefit Funds and Family Medical Care Plan as additional Plaintiffs in this Action. Good cause appearing therefor, the Court hereby grants this Order joining both of those entities as Plaintiffs herein.

IT IS SO ORDERED.

Dated: 4/13/16     _____
UNITED STATES MAGISTRATE JUDGE

TUCKER CHIU
HEBESHA SEYMOUR
642 POLLASKY AVE STE 230
CLOVIS, CA 93612

3
STIPULATION AND ORDER TO JOIN ADDITIONAL PLAINTIFFS

Exh A 2016-04-01.doc