1 | HENRY Y. CHIU 222927
TUCKER CHIU HEBESHA SEYMOUR PC
2 | 642 Pollasky Avenue, Suite 230
Clovis, California 93612
3 | Telephone: (559) 472-9922
Facsimile: (559) 472-9892
4
Attorneys for Plaintiffs
5
MARK L. CREEDE 128418
6 | LANG, RICHERT & PATCH
5200 North Palm Avenue, Fourth Floor
7 | Fresno, California 93704
8 | Telephone: (559) 228-6700
Facsimile: (559) 228-6727
9
Attorney for Defendants
10

**FILED**
APR 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

11 UNITED STATES DISTRICT COURT

12 EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

13 * * *

14 | BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,

Plaintiffs,

v.

POWER DESIGN ELECTRIC, INC.; JOHN ALBERT GLOVER; ROBERT COREY GLOVER; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50,

Defendants.

Case No. 1:14-CV-01941-SMS

**STIPULATED JUDGMENT**

Plaintiffs IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, IBEW District No. 9 Pension Plan Trust Fund, the National Electric Benefit Funds and Family Medical Care Plan (collectively, the "Trust Funds"), and defendants Power Design Electric, Inc., John Albert Glover, Robert Corey Glover (collectively, the "Power Design

Defendants") hereby stipulate, and request a judgment, as follows:

## STIPULATION

1. Plaintiffs IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund and IBEW District No. 9 Pension Plan Trust Fund initiated the present action against the Power Design Defendants and American Contractors Indemnity Company ("ACIC") to recover certain delinquent fringe benefit contributions, and the liquidated damages, interest, costs and attorneys' fees associated therewith.

2. The Parties, and the National Electric Benefit Funds and Family Medical Care Plan, subsequently entered into a written "Settlement Agreement Between IBEW Local 100 Trust Funds et al. and Power Design Electric, Inc. et al." ("Agreement").

3. The Agreement, among other things, provides a stipulation between the Parties to join the National Electric Benefit Funds and Family Medical Care Plan as additional Plaintiffs in this Action, pursuant to a written Stipulation and Order to Join Additional Plaintiffs.

4. The Agreement further provides for the Trust Funds to dismiss ACIC from the Action, without prejudice and subject to a tolling agreement, which the Trust Funds have done.

5. The Agreement further provides for the Power Design Defendants to pay a certain Settlement Amount, with additional amounts *conditionally waived* as part of the settlement. Said settlement, and the conditional waiver, are to be reflected in the Agreement, and in the present Stipulated Judgment in favor of the Trust Funds against the Power Design Defendants, jointly and severally, in the Total Amount of ninety-two thousand eight hundred fifty-four dollars and eight cents ($92,854.08, the "Judgment Amount").

6. However, so long as the Power Design Defendants comply with the terms of the Agreement, and/or cure all breaches thereof within the time required by the Agreement, the Trust Funds shall refrain from enforcing this Stipulated Judgment.

7. The Agreement further provides that, if any Power Design Defendant breaches the Agreement, and fails to cure said breach within the time provided therein, the conditionally waived amounts are to be reinstated, and the Trust Funds shall have the right to enforce this Stipulated Judgment against any and all of the Power Design Defendants, jointly and severally,

TUCKER CHIU
HEBESHA SEYMOUR
642 POLLASKY AVE. STE. 230
CLOVIS, CA 93612

2
STIPULATED JUDGMENT

Exh B 2016-04-01.doc

1 | subject to the terms of the Agreement, less any monies received from the Power Design
2 | Defendants or Surety Defendant pursuant to the terms of the Agreement.

3 |     8.    The Agreement further provides that the United States District Court, Eastern District of California, Fresno Division, shall continue to retain jurisdiction to enforce the terms of the Agreement and this Stipulated Judgment.

    9.    The Agreement further provides that the Parties expressly and irrevocably consent to the further jurisdiction of the magistrate judge to issue this Stipulated Judgment, and any findings or orders necessary to enforce this Stipulated Judgment.

    10.    In the event it becomes necessary to enforce this Stipulated Judgment, interest shall accrue on the Judgment amount at the ten percent (10%) per annum rate specified in the Collective Bargaining Agreement. The Trust Funds shall be entitled to recover all costs and attorneys' fees incurred by them in enforcing this Stipulated Judgment.

Respectfully submitted,

April __11__, 2016.        IBEW LOCAL 100 TRUST FUNDS

By __Kevin Cole__, Authorized Agent

April _____, 2016.         NATIONAL ELECTRICAL BENEFIT FUNDS

By _____, Authorized Agent

April _____, 2016.         FAMILY MEDICAL CARE PLAN

By _____, Authorized Agent

April __7__, 2016.         POWER DESIGN ELECTRIC, INC.

By __President__, __Robert Glover__, Authorized Agent

subject to the terms of the Agreement, less any monies received from the Power Design Defendants or Surety Defendant pursuant to the terms of the Agreement.

8. The Agreement further provides that the United States District Court, Eastern District of California, Fresno Division, shall continue to retain jurisdiction to enforce the terms of the Agreement and this Stipulated Judgment.

9. The Agreement further provides that the Parties expressly and irrevocably consent to the further jurisdiction of the magistrate judge to issue this Stipulated Judgment, and any findings or orders necessary to enforce this Stipulated Judgment.

10. In the event it becomes necessary to enforce this Stipulated Judgment, interest shall accrue on the Judgment amount at the ten percent (10%) per annum rate specified in the Collective Bargaining Agreement. The Trust Funds shall be entitled to recover all costs and attorneys' fees incurred by them in enforcing this Stipulated Judgment.

Respectfully submitted,

April _____, 2016.   IBEW LOCAL 100 TRUST FUNDS

By _____, Authorized Agent

April 11, 2016.   NATIONAL ELECTRICAL BENEFIT FUNDS

By Brian Killian, Authorized Agent

April 11, 2016.   FAMILY MEDICAL CARE PLAN

By Brian Killian, Authorized Agent

April 7, 2016.   POWER DESIGN ELECTRIC, INC.

By _____, Robert Glover, Authorized Agent

TUCKER CHIU
ISHESHA SEYMOUR

3
STIPULATED JUDGMENT

April __7__, 2016.  JOHN ALBERT GLOVER

By John Albert Glover, individually

April __7__, 2016.  ROBERT COREY GLOVER

By Robert Corey Glover, individually

*Approved as to form:*

April __11__, 2016.  TUCKER CHIU HEBESHA SEYMOUR

By _____
HENRY Y. CHIU
Attorney for Plaintiffs

April __7__, 2016.  LANG, RICHERT & PATCH

By _____
MARK L. CREEDE
Attorney for Defendants

## JUDGMENT

In accordance with the above stipulation of the Parties, and in light of their request that this Court have and retain jurisdiction to do so, judgment is hereby entered in favor of plaintiffs IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, IBEW District No. 9 Pension Plan Trust Fund, the National Electric Benefit Funds and the Family Medical Care Plan (collectively, the aforementioned Trust Funds), against defendants

TUCKER CHIU
HEBESHA SEYMOUR
642 Pollasky Ave. Ste. 230
Clovis, CA 93612

4
STIPULATED JUDGMENT

file D 2016-04-01.doc

Power Design Electric, Inc., John Albert Glover and Robert Corey Glover (collectively, the aforementioned Power Design Defendants), jointly and severally, in the amount of ninety-two thousand eight hundred fifty-four dollars and eight cents ($92,854.08).

In the event it becomes necessary for the Trust Funds to enforce this Stipulated Judgment against the Power Design Defendants, the Trust Funds shall further be entitled to interest upon the Stipulated Judgment amount at ten percent (10%) per annum, and all costs and attorneys' fees incurred by them to do so.

This Court shall retain jurisdiction to enforce the Agreement and this Stipulated Judgment.

IT IS SO ORDERED.

Dated: 4/13/16

UNITED STATES MAGISTRATE JUDGE
SM SNYDER

TUCKER CHIU
HEBESHA SEYMOUR
641 Pollasky Ave. Ste 230
Clovis, CA 93612

5
STIPULATED JUDGMENT

Ex B 2016-04-01.doc