HENRY Y. CHIU  222927
TUCKER CHIU HEBESHA SEYMOUR PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for Plaintiffs

MARK L. CREEDE  128418
LANG, RICHERT & PATCH
5200 North Palm Avenue, Fourth Floor
Fresno, California 93704

Telephone:  (559) 228-6700
Facsimile:   (559) 228-6727

Attorney for Defendants

FILED
APR 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND; and IBEW DISTRICT NO. 9 PENSION PLAN TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>POWER DESIGN ELECTRIC, INC.; JOHN ALBERT GLOVER; ROBERT COREY GLOVER; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50,<br><br>Defendants. | Case No.  1:14-CV-01941-SMS<br><br>**STIPULATION AND ORDER TO DISMISS AMERICAN CONTRACTORS INDEMNITY COMPANY PURSUANT TO SETTLEMENT AGREEMENT**<br><br>[FRCP 41] |

Plaintiffs Boards of Trustees of the IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industry Training Trust Fund, IBEW District No. 9 Pension Plan Trust Fund, National Electric Benefit Funds and Family Medical Care Plan (collectively, "Plaintiffs") and defendants Power Design Electric Inc., John Albert Glover, Robert Corey Glover and American Contractors Indemnity Company (collectively, "Defendants") hereby stipulate, and request an

TUCKER CHIU
HEBESHA SEYMOUR
642 POLLASKY AVE. STE. 230
CLOVIS, CA 93612

1

STIPULATION AND ORDER TO DISMISS AMERICAN CONTRACTORS INDEMNITY COMPANY
PURSUANT TO SETTLEMENT AGREEMENT

order, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), as to the following:

1. that the Court dismiss defendant American Contractors Indemnity Company, *with* prejudice, from the present action, pursuant to the Settlement Agreement executed between the Parties; and

2. that the Court retain jurisdiction to enforce the other terms of said Agreement.

Respectfully submitted,

Dated: April 22, 2016.   TUCKER CHIU HEBESHA SEYMOUR

By   */s/ Henry Y. Chiu*
HENRY Y. CHIU
Attorney for Plaintiffs

Dated: April 22, 2016.   LANG, RICHERT & PATCH

By   */s/ Mark L. Creede*
MARK L. CREEDE
Attorney for Defendants

## ORDER

In light of the foregoing stipulation and request by the Parties, defendant American Contractors Indemnity Company is hereby dismissed, *with* prejudice, from the present action, subject to the terms of the written Settlement Agreement between the Parties. The Court shall retain jurisdiction to enforce the other terms of said Agreement.

IT IS SO ORDERED.

Dated: 4/27/16

HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

6178.41-PLDG-Stipulation and Order to Dismiss ACIC

TUCKER CHIU
HEBESHA SEYMOUR
642 POLLASKY AVE. STE. 230
CLOVIS, CA 93612

2

STIPULATION AND ORDER TO DISMISS AMERICAN CONTRACTORS INDEMNITY COMPANY
PURSUANT TO SETTLEMENT AGREEMENT